UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

NIGHT BOX
FILED
OCT 25 2000

CLARENCE MADDOX
CLERK, USDC / SDFL / MIA

ANDREW ALLOCCO, ABRAHAM FERNANDEZ, )
STENY GARCIA-MONTES, AGUSTIN )
QUEVEDO, ALEX SILVA, MANUEL )
MONTALVO, and JOHN ALLEN, )
)
    Plaintiffs, )
)
vs. )    99-2443-CIV-GOLD-SIMONTON
)
CITY OF CORAL GABLES, a )
Municipal Corporation, and )
THE UNIVERSITY OF MIAMI, a )
Non-Profit, Florida Corporation, )
)
    Defendants. )
_____)

## NOTICE OF FILING OF DEFENDANT UNIVERSITY OF MIAMI'S STATEMENT OF COSTS AND ATTORNEYS' FEES RELATING TO DISMISSAL OF THE CLAIMS OF PLAINTIFF MONTALVO

Defendant, University of Miami, through undersigned counsel, files this Notice of Filing of Statement of Costs and Attorneys' Fees for the costs and attorneys' fees incurred by the University of Miami in connection with moving to dismiss Plaintiff Montalvo and Plaintiff Montalvo's failure to appear for his properly noticed deposition. The University's Statement of Costs and Attorneys' Fees is attached as Exhibit A. The Order awarding costs and attorneys' fees is attached as Exhibit B. The Certification of Darren T. Horvath, counsel for the University of Miami, supporting the Statement of Costs and Attorneys' Fees is attached as Exhibit C.

Respectfully submitted,

*[signature]*

Thomas P. Rebel
Fla. Bar No. 0261084
trebel@laborlawyers.com
Darren T. Horvath
Admitted Pro Hac Vice
dhorvath@laborlawyers.com

FISHER & PHILLIPS LLP
1500 Resurgens Plaza
945 East Paces Ferry Road
Atlanta, Georgia 30326
Phone: (404) 231-1400
Facsimile: (404) 240-4249

and

James C. Polkinghorn
Fla. Bar No. 0376892
jpolkinghorn@laborlawyers.com
Suzanne K. Bogdan
Fla. Bar. No. 0893560
sbogdan@laborlawyers.com

FISHER & PHILLIPS LLP
2300 NationsBank Tower
One Financial Plaza
Ft. Lauderdale, Florida 33394
Phone: (954) 525-4800
Facsimile: (954) 525-8739

Attorneys for Defendant
University of Miami

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

ANDREW ALLOCCO, ABRAHAM FERNANDEZ, )
STENY GARCIA-MONTES, AGUSTIN )
QUEVEDO, ALEX SILVA, MANUEL )
MONTALVO, and JOHN ALLEN, )
)
)
  Plaintiffs, )
)
vs. )  99-2443-CIV-GOLD-SIMONTON
)
CITY OF CORAL GABLES, a )
Municipal Corporation, and )
THE UNIVERSITY OF MIAMI, a )
Non-Profit, Florida Corporation, )
)
  Defendants. )
_____)

## DEFENDANT UNIVERSITY OF MIAMI'S STATEMENT OF COSTS AND ATTORNEYS' FEES RELATING TO DISMISSAL OF THE CLAIMS OF PLAINTIFF MONTALVO

Defendant University of Miami, through undersigned counsel, hereby submits the following statement of costs and attorneys' fees in conjunction with its Notice of Filing of Statement of Costs and Attorneys' Fees Relating to Dismissal of Plaintiff Montalvo:

Summary of Attorneys' Fees Billed:

| | | |
|---|---|---|
| T. Rebel (partner) | 0.6 hours x $200/hour = | $ 120.00 |
| S. Bogdan (partner) | 21.1 hours x $185/hour = | $3,903.50 |
| D. Horvath (associate) | 11.5 hours x $140/hour = | $1,610.00 |
| D. Horvath (associate) | 2.8 hours x $145/hour = | $ 406.00 |
| A. Morillo (paralegal) | 2.7 hours x $80/hour = | $ 216.00 |
| TOTAL FEES BILLED: | | $6,255.50 |

-2-

Costs:

| | |
|---|---:|
| Travel charge to Miami on 4/11/00 for deposition of Plaintiff Montalvo | $ 18.94 |
| Copying charges for Defendant University of Miami's Motion to Dismiss and Sanction Plaintiff Manuel Montalvo 140 copies @ $.15 per page | $ 21.00 |
| Copying charges for Defendant University of Miami's Notice of Default and Renewed Motion to Dismiss and Sanction Plaintiff Manuel Montalvo 35 copies @ $.15 per page | $   5.25 |
| **GRAND TOTAL OF FEES AND COSTS REQUESTED:** | **$6,300.69** |

## Itemization of Attorneys' Fees Billed

| Date | Description | Attorney | Hours | Rate per Hour | Fees Billed |
|------|-------------|----------|-------|---------------|-------------|
| 04/03/00 | Telephone conference with process server regarding Montalvo's deposition notice; prepare new notice to be mailed to Montalvo. | A. Morillo (paralegal) | .30 | $ 80 | 24.00 |
| 04/07/00 | Begin to organize documents for deposition of Montalvo. | A. Morillo (paralegal) | .4 | $ 80 | 32.00 |
| 04/07/00 | Review Plaintiffs' documents, UM documents, and City documents in preparation for Montalvo's deposition. | S.K. Bogdan | 2.0 | $185 | 370.00 |
| 04/08/00 | Review pleadings, correspondence and other documents for preparation for upcoming depositions; telephone conference with S. Bogdan regarding strategy for upcoming deposition of Plaintiff Montalvo. | D.T. Horvath | 2.8 | $140 | 392.00 |
| 04/08/00 | Further review of documents (personnel files) produced by UM in preparation for Montalvo's deposition; discuss deposition strategy and issues with D. Horvath and outline Montalvo's deposition questions. | S.K. Bogdan | 6.0 | $185 | 1110.00 |

| Date | Description | Timekeeper | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 04/10/00 | Review HR personnel file for Plaintiff Montalvo and update chronology of events relating to Plaintiff Montalvo; review payroll file of Plaintiff Montalvo and fax payroll documents relating to Plaintiff Montalvo to use as exhibits for his deposition. | D.T. Horvath | 2.0 | $140 | 280.00 |
| 04/10/00 | Review and catalog documents from UM, Plaintiffs, City, City of Key Biscayne and City of Hialeah in preparation for Montalvo's deposition. | S.K. Bogdan | 3.6 | $185 | 666.00 |
| 04/11/00 | Telephone conference with process server regarding service of process for Montalvo's deposition notice; continue to prepare documents to be produced to opposing counsel and to be used for Plaintiffs' depositions. | A. Morillo (paralegal) | 2.0 | $ 80 | 160.00 |
| 04/11/00 | Consultation concerning strategy for dismissal of Montalvo, pro se Plaintiff. | T. Rebel | 0.3 | $200 | 60.00 |
| 04/11/00 | To Miami to depose Montalvo, consultation with D. Heekin regarding strategy on Montalvo, and return to office after speaking with Montalvo who made it clear he was not going to appear; telephone conference with L. LaPaz regarding Montalvo's deposition; letter to M. Montalvo regarding his involvement in the litigation and failure to participate. | S.K. Bogdan | 3.7 | $185 | 684.50 |

| Date | Description | Attorney | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 04/12/00 | Letter to Montalvo regarding his obligation to participate in the litigation, things that he has failed to do, potential sanctions, and option to dismiss his claim; review and revise proposed stipulation for dismissal. | S.K. Bogdan | 1.8 | $185 | 333.00 |
| 04/12/00 | Review and revise letter to M. Montalvo concerning case status and dismissal. | T. Rebel | 0.3 | $200 | 60.00 |
| 04/28/00 | Telephone conference with M. Montalvo regarding status of dropping lawsuit. | S.K. Bogdan | 0.2 | $185 | 37.00 |
| 05/26/00 | Telephone conference with S. Bogdan regarding need to compel discovery from Plaintiff Montalvo. | D.T. Horvath | 0.2 | $140 | 28.00 |
| 05/31/00 | Telephone conference with L. LaPaz regarding status of Montalvo's communications and approval to move to compel, sanctions, and/or to dismiss. | S.K. Bogdan | 0.3 | $185 | 55.50 |
| 06/14/00 | Draft motion to dismiss and to sanction Plaintiff M. Montalvo regarding outstanding discovery and other issues; research for same. | D.T. Horvath | 2.2 | $140 | 308.00 |
| 06/15/00 | Draft and revise motion to dismiss and to sanction Plaintiff Montalvo. | D.T. Horvath | 2.0 | $140 | 280.00 |

| Date | Description | Attorney | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 06/16/00 | Draft and revise motion to dismiss and sanction Montalvo; telephone conference with S. Bogdan regarding motion to dismiss Montalvo and discovery issues. | D.T. Horvath | 2.3 | $140 | 322.00 |
| 06/16/00 | Review and revise draft motion to dismiss Montalvo from lawsuit; consultation with A. Morillo regarding conversations with City of Hialeah and process server to prepare her affidavit in support of motion to dismiss Montalvo. | S.K. Bogdan | 1.0 | $185 | 185.00 |
| 06/20/00 | Draft affidavits for A. Morillo and S. Bogdan as attachments to the motion to dismiss Montalvo and finalize motion. | S.K. Bogdan | 2.3 | $185 | 425.50 |
| 08/31/00 | Develop strategy regarding notice of default for Plaintiff Montalvo. | D.T. Horvath | 0.2 | $145 | 29.00 |
| 09/06/00 | Draft notice of default and renewed motion to dismiss and sanction Plaintiff Manuel Montalvo; research for same. | D.T. Horvath | 1.6 | $145 | 232.00 |
| 09/07/00 | Revise and finalize notice of default and renewed motions to dismiss; telephone conference with Denise Heekin, City's attorney, regarding same; draft proposed order for same. | D.T. Horvath | 1.0 | $145 | 145.00 |
| 09/07/00 | Review and revise draft motion for default regarding Montalvo's failure to respond to motion to dismiss. | S.K. Bogdan | 0.2 | $185 | 37.00 |

**TOTAL FEES (BILLED): $6,255.50**

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
SOUTHERN DIVISION

REC'D by _____ D.C.
OCT 17 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

ANDREW ALLOCCO, ABRAHAM FERNANDEZ, )
STENY GARCIA-MONTES, AGUSTIN )
QUEVEDO, ALEX SILVA, MANUEL )
MONTALVO, and JOHN ALLEN, )
)
    Plaintiffs, )
vs. ) 99-2443-CIV-GOLD-SIMONTON
)
CITY OF CORAL GABLES, a )
Municipal Corporation, and )
THE UNIVERSITY OF MIAMI, a )
Non-Profit, Florida Corporation, )
)
    Defendants. )
_____)

## ORDER DISMISSING PLAINTIFF MANUAL MONTALVO'S CLAIMS WITH PREJUDICE

Before the Court is Defendants' Notice of Default and Renewed Motions to Dismiss and Sanction Plaintiff Manuel Montalvo with Incorporated Memorandum of Law, incorporating by reference Defendant University of Miami's Motion to Dismiss and Sanction Plaintiff Manuel Montalvo with Incorporated Memorandum of Law and Defendant City of Coral Gables' Motion to Dismiss Plaintiff Manuel Montalvo for Failure to Cooperate in Discovery and for Failure to Prosecute, with Incorporated Memorandum of Law. The Court finds that Defendants' motions are well-grounded and that Plaintiff Manuel Montalvo has repeatedly failed to comply with Court orders and the Federal Rules of Civil Procedure, has not responded to any discovery requests, has not complied with Local Rule 16.1, has failed to appear for his properly noticed deposition, has not cooperated in the litigation, and has made no attempt to prosecute his claims against Defendants.

Plaintiff Manuel Montalvo also failed to file or serve any opposition to Defendants' motions to dismiss his claims, and therefore has defaulted as to these motions under Rule 7.1 of the Local Rules of the United States District Court for the Southern District of Florida. Thus, having fully considered the matter, it is

ORDERED AND ADJUDGED that all claims of Plaintiff Manuel Montalvo against all Defendants in the above-captioned civil action be dismissed with prejudice. All costs and reasonable attorneys' fees incurred by Defendants as a result of their motions to dismiss Plaintiff Manuel Montalvo and Plaintiff Manuel Montalvo's failure to appear for his deposition are taxed to Plaintiff Manuel Montalvo. Defendants shall submit their statements of fees and costs within ten (10) days of entry of this Order.

DONE AND ORDERED in Chambers in Miami, Florida, this __17__ day of __Oct__, 2000.

Judge–U.S. District Court
ALAN S. GOLD

copies furnished to:

Suzanne K. Bogdan, Esq.
James C. Crosland, Esq.
Rebecca H. Fischer, Esq.
Ronald J. Cohen, Esq.
Manuel Montalvo, *Pro Se*

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

| | |
|---|---|
| ANDREW ALLOCCO, ABRAHAM FERNANDEZ, STENY GARCIA-MONTES, AGUSTIN QUEVEDO, ALEX SILVA, MANUEL MONTALVO, and JOHN ALLEN, <br><br> Plaintiffs, <br><br> vs. <br><br> CITY OF CORAL GABLES, a Municipal Corporation, and THE UNIVERSITY OF MIAMI, a Non-Profit, Florida Corporation, <br><br> Defendants. | 99-2443-CIV-GOLD-SIMONTON |

## CERTIFICATION OF COUNSEL

I, Darren T. Horvath, counsel for Defendant University of Miami, hereby certify that I have reviewed the time records and supporting data and Defendant University of Miami's Statement of Costs and Attorneys' Fees is well grounded in fact and justified.

Darren T. Horvath

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

ANDREW ALLOCCO, ABRAHAM FERNANDEZ, )
STENY GARCIA-MONTES, AGUSTIN )
QUEVEDO, ALEX SILVA, MANUEL )
MONTALVO, and JOHN ALLEN, )
)
    Plaintiffs, )
) 99-2443-CIV-GOLD-SIMONTON
vs. )
)
CITY OF CORAL GABLES, a )
Municipal Corporation, and )
THE UNIVERSITY OF MIAMI, a )
Non-Profit, Florida Corporation, )
)
    Defendants. )
)

## CERTIFICATE OF SERVICE

I certify that on this 25th day of October, 2000, I caused a true and correct copy of the foregoing *Notice of Filing of Defendant University of Miami's Statement of Costs and Attorneys' Fees Relating to the Dismissal of the Claims of Plaintiff Montalvo* to be served on the following individuals by depositing same in the United States Mail, First Class, postage prepaid:

Martin E. Feldman, Esquire
Rebecca H. Fischer, Esquire
Fischer & Minski, P.A.
Emerald Hills Executive Plaza II
4651 Sheridan Street, Suite 325
Hollywood, Florida 33021
Counsel for Plaintiffs Allocco, Fernandez, Garcia-Montes, Quevedo, Silva, and Allen

Mr. Manuel Montalvo
7770 SW 146th Road
Miami, Florida 33183
Plaintiff-unrepresented

Ronald J. Cohen, Esquire
Ronald J. Cohen, P.A.
Andrew Jackson Building
8100 Oak Lane, Suite 403
Miami Lakes, Florida 33016
Counsel for the Fraternal Order of Police, Lodge No. 7

James C. Crosland, Esquire
Muller Mintz Kornreich Caldwell Casey Crosland & Bramnick, P.A.
Suite 3600 First Union Financial Center
200 South Biscayne Boulevard
Miami, Florida 33131
Counsel for Defendant City of Coral Gables

_____